# IN THE UNITED STATES DISTRICT COURT
## FOR THEMIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | |
|---|---|
| EDWARD SUTTON, Derivatively On Behalf of HCA HOLDINGS, INC., ) ) ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:11-cv-001163 |
| ) | |
| RICHARD M. BRACKEN, et al. ) | |
| ) | Judge Sharp |
| Defendants, ) | Magistrate Judge Griffin |
| ) | |
| -and- ) | |
| ) | JURY DEMAND |
| HCA HOLDINGS INC., a Delaware Corporation, ) ) | |
| ) | |
| Nominal Defendant. ) | |

---

## CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.02 of the Local Rules of Court for the Middle District of Tennessee, Nominal Defendant HCA Holdings, Inc. hereby discloses that it has no parent corporations and there are no publicly held companies that directly own 10% or more of HCA Holdings, Inc. stock.

Respectfully submitted,

 s/ Steven A. Riley
Steven A. Riley (BPR #006258)
Milton S. McGee, III (BPR #024150)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: 615) 320-3700
Facsimile (615) 320-3737
sriley@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for Nominal Defendant HCA Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF electronic filing system upon:

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Office
P.O. Box 150734
Nashville, TN 37215

This the 22nd day of December, 2011.

 s/ Steven A. Riley

2