# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **Edward Sutton, Derivatively On Behalf of HCA HOLDINGS, INC.,** ) ) | |
| ) | **Civil Action No. 3:11-cv-01163** |
| **Plaintiff,** ) ) | |
| ) | **Judge Kevin H. Sharp** |
| vs. ) ) | |
| ) | **Magistrate Judge Barbara D. Holmes** |
| **Richard M. Bracken, et al.,** ) ) | |
| **Defendants,** ) ) | |
| vs. ) ) | |
| **HCA Holdings, Inc.** ) ) | |
| **Nominal Defendant.** ) | |

## """"""""""ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

This cause came to be heard on the Parties' Joint Motion to Dismiss With Prejudice. Having read and considered the Parties' Joint Motion and the exhibits thereto, the Court finds that on April 13, 2016, after notice of the proposed settlement and release of the claims set forth in this derivative action and a substantially identical state derivative action, *Bagot v. Bracken et al.*, Case No. 11C5133, Sixth Circuit Court for Davison County, Tennessee, had been sent to the shareholders of HCA Holdings, Inc., the court in the related state derivative action approved the settlement, dismissed the case with prejudice and ordered that the claims asserted against the defendants were forever and fully released. The Court further finds, and the Parties agree, that the state court order and judgment fully settled, adjudicated and released the claims in this case. Finding that dismissal of this case is, therefore, appropriate, the Court hereby dismisses this action and the claims brought in it with prejudice.

IT IS SO ORDERED.

_____
THE HONORABLE KEVIN H. SHARP
CHIEF UNITED STATES DISTRICT JUDGE